**In re ALPHA 1 USA, INC.,**
**Debtor–Appellant.**

No. 03–1450.

United States Court of Appeals,
Federal Circuit.

Aug. 28, 2003.

Before PROST, Circuit Judge.

*ORDER*

PROST, Circuit Judge.

The court having received no response to its July 23, 2003 order directing Alpha 1

USA, Inc. to respond concerning this court's jurisdiction,

IT IS ORDERED THAT:

The appeal is dismissed for failure to respond to the order.

**William R. HENDRIX, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

No. 03–3058.

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2003.

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.